UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA a/s/o SUZANO PULP AND
PAPER AMERICA, INC.,

        Plaintiff,

  - against -

MEDITERRANEAN SHIPPING COMPANY S.A.,

        Defendant.
-------------------------------------------------------------X

11 Civ. 7808 (KBF)

**NOTICE OF VOLUNTARY**
**DISCONTINUANCE**

**IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntarily dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
     December 9, 2011
     115-1199

Respectfully submitted,

CASEY & BARNETT, LLC
Attorneys for Plaintiff

By: /s/ Martin F. Casey
Martin F. Casey
Christopher M. Schierloh
65 West 36th Street, 9th Floor
New York, New York 10018
(212) 286-0225